

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2018

No. 04-18-00039-CV

**IN RE DAIMLER TRUCKS NORTH AMERICA LLC**

Original Mandamus Proceeding[1]

**ORDER**

Sitting: Karen Angelini, Justice
   Rebeca C. Martinez, Justice
   Patricia O. Alvarez, Justice

On January 24, 2018, relator filed an unopposed Motion for Seal of Petition for Writ of Mandamus and Mandamus Record. We GRANT the motion and ORDER that relator's Petition for Writ of Mandamus and Mandamus Record be filed under seal. *See* TEX. R. APP. P. 9.2(c)(3).

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014-CI-07361, styled *Ricardo Garza, et al. v. Daimler Trucks North America, et al.*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.